IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOMAS RAUL GALLO, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-13-1897 |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal § | |
| Justice-Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER

Petitioner Tomas Raul Gallo, a Texas death row inmate, filed a skeletal petition for a writ of habeas corpus to comply with the statute of limitations. He currently has a successive writ application pending in state court.

On January 9, 2014, Gallo filed a motion to stay this case or, in the alternative, enter a scheduling order allowing him to file a more complete amended petition upon the conclusion of his state court proceedings. Respondent is unopposed. Accordingly,

IT IS ORDERED that Petitioner's Unopposed Renewed Motion To Hold Proceedings In Abeyance (Doc. # 26) is GRANTED IN PART;

IT IS FURTHER ORDERED THAT:

1. Petitioner will notify this Court within 10 days of the conclusion of proceedings on his pending state application for a writ of habeas corpus;

2. Petitioner may file an amended petition no later than 180 days after the date of the final disposition of his successive state application;

3. Respondent shall not answer the skeletal petition unless no amended petition is timely filed;

4. Respondent shall answer any amended petition (or the skeletal petition if no amended petition is timely filed) within 90 days of the date the amended petition is due.

SIGNED this 14th day of January, 2014, at Houston, Texas.

_____
Vanessa Gilmore
United States District Judge