## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Tomas R Gallo | § | |
| | § | |
| *versus* | § | Case Number: 4:13−cv−01897 |
| | § | |
| Lorie Davis | § | |

# Notice of Reassignment

Pursuant to Special Order No. 2021−19, this case is reassigned to the docket of United States District Judge Sim Lake. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: December 9, 2021

Nathan Ochsner, Clerk